*William E. Vogel* for appellant-respondent.

*Henry Spitz* and *Milton Rosenberg* for respondents-appellants.

On appeal by plaintiff: Judgment affirmed, without costs. On appeal by defendants: Appeal dismissed upon the ground that the part of the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 305 N. Y. 560.]

In the Matter of BROADAN Co., INC., Respondent. LOUIS W. YOHANN, Appellant.

Argued January 6, 1953; decided January 21, 1953.

*George Jacobs, Herman B. Goodstein* and *Milton M. Sittenfield* for appellant.

*Walter Lubarsky* and *Joseph S. Wohl* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.